1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )   CR-09-01492-PHX-ROS
                                         )
10              Plaintiff,               )   **ORDER ADOPTING**
                                         )   **REPORT AND RECOMMENDATION**
11  vs.                                  )
                                         )
12                                       )
    Duane Hamblin Slade, et al.,         )
13                                       )
                Defendants.              )
14                                       )
                                         )
15

16      The Court has received and reviewed Magistrate Judge Michelle H. Burns' Report and

17  Recommendation (Doc. 583).  No objections have been filed.

18      Accordingly,

19      IT IS ORDERED adopting the Report and Recommendation (Doc. 583) of Magistrate

20  Judge Michelle H. Burns.

21      IT IS FURTHER ORDERED denying without prejudice Guy Williams's Motion for

22  Pre-Trial Determination of Conspiracy (Doc. 416).

23      DATED this 16th day of February, 2012.

24

25  _____
                    Roslyn O. Silver
26              Chief United States District Judge

27

28